IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS MARRERO<br><br>*Plaintiff,*<br><br>vs.<br><br>**HEALTH MATS CO. d/b/a HEALTH MATS**<br><br>*Defendant.* | NO. 1:20-cv-15128-RMB-KMW<br><br>CIVIL ACTION |

### STIPULATION TO DISMISS CLAIMS WITH PREJUDICE

WHEREAS, Plaintiff filed a Complaint against Defendant in the United States District Court, District of New Jersey docketed as referenced above; and

WHEREAS, Plaintiff has agreed to voluntarily dismiss his failure to pay overtime and retaliation claims under the Fair Labor Standards Act ("FLSA" - 29 *U.S.C.* § 201 *et. seq.*), and any state law, with prejudice and without costs, including attorney's fees to any Party;

NOW THEREFORE, the Parties stipulate that Plaintiff's claim for failure to pay overtime and retaliation claims under the FLSA and state law, including the claims stated in Counts III-VI of the Complaint are dismissed, with prejudice and without costs, including any claim to an award of attorney's fees.

| | |
|---|---|
| */s/ Allison A. Barker*<br>Allison A. Barker, Esq.<br>W. Charles Sipio, Esq.<br>Karpf, Karpf & Cerutti, P.C.<br>3331 Street Road<br>Two Greenwood Square, Suite 128<br>Bensalem, PA 19020<br>*Attorneys for Plaintiff* | */s/ Justin J. Boron*<br>Justin J. Boron, Esq.<br>Courtney K. Mazzio, Esq.<br>Freeman Mathis & Gary LLP<br>1600 Market Street<br>Suite 1210<br>Philadelphia, PA 19103-7240<br>*Attorneys for Defendant* |

Date: November 4, 2021

The foregoing Stipulation is hereby APPROVED as an Order of the Court. Plaintiff's FLSA and state law failure to pay overtime and retaliation claims are hereby DISMISSED with prejudice.

_____
The Honorable Renee Marie Bumb
United States District Judge